## RADICH *v.* NEW YORK

No. 169.   Argued February 22, 1971—Decided March 24, 1971

*Richard G. Green* argued the cause for appellant.   With him on the briefs were *Shirley Fingerhood* and *Melvin L. Wulf.*

*Michael R. Juviler* argued the cause for appellee.   With him on the brief were *Frank S. Hogan* and *William C. Donnino.*

John B. Hightower et al. filed a brief as *amicus curiae* urging reversal.

*Louis J. Lefkowitz,* Attorney General, *pro se, Samuel A. Hirshowitz,* First Assistant Attorney General, and *Maria L. Marcus,* Assistant Attorney General, filed a brief for the Attorney General of New York as *amicus curiae* urging affirmance.

PER CURIAM.

The judgment is affirmed by an equally divided Court.

MR. JUSTICE DOUGLAS took no part in the consideration or decision of this case.